IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG ALAN TOAZ, | No. 3:23-CV-00375 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| ZACHARY ALBRIGHT, *et al.*, | |
| Defendants. | |

**ORDER**

**DECEMBER 29, 2023**

Craig Alan Toaz filed this civil rights complaint alleging that several individuals violated his civil rights.[1] Subsequently, several documents that were mailed to Toaz were returned to this Court as undeliverable, and Toaz has not provided the Court with a viable mailing address to where the Court may mail him documents. Consequently, on November 22, 2023, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deem the matter abandoned and dismiss Toaz's complaint without prejudice.[2] The copy of the Report and Recommendation sent to Toaz was returned as undeliverable[3] and, accordingly, no timely objections were filed to the Report and Recommendation.

---

[1] Doc. 1.
[2] Doc. 11.
[3] Doc. 14.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[4] Regardless of whether objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[5] Upon review of the record, the Court finds no error—clear or otherwise—in Magistrate Judge Carlson's recommendation. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 11) is **ADOPTED**;

2. Toaz's complaint (Doc. 1) is **DISMISSED** without prejudice; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.